DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801  FAX (650) 345-1514
(707) 544-5500  FAX (707) 544-0475

**Entered on Docket
September 22, 2010**
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



**Signed and Filed: September 21, 2010**

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge
_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re:
CORAZON RICASATA DE GUZMAN
SSN #1 ###-##-2304
SSN #2

Debtor(s)

Chapter 13
Case No.: 09-3-2708 SFM13

ORDER OF DISMISSAL PRIOR TO CONFIRMATION

A confirmation hearing on the above-entitled case was held on September 8, 2010 , at which time DAVID BURCHARD, Trustee recommended the case be dismissed.

At the Confirmation hearing, the Court ordered debtor(s) to file a Motion to Strip Lien by September 20, 2010.  Debtor(s) did not comply with this order.  A Declaration of David Burchard, Chapter 13 Trustee, Regarding Debtor's Failure to Comply with a Court Order was filed on September 21, 2010.

IT IS NOW ORDERED that the Debtor's proceedings herein be dismissed, and that any restraining orders heretofore issued be dissolved.  The Chapter 13 Trustee shall submit at a later date his Trustee's Final Report for approval by the court.

**\*\*END OF ORDER\*\***

# COURT SERVICE LIST

CORAZON RICASATA DE GUZMAN
3654 BALDWIN HILLS COURT
SOUTH SAN FRANCISCO, CA 94080


**PLEASE NOTIFY ALL OTHER PARTIES IN INTEREST.**